Pfeifer, J.,
concurring.
{¶ 56} I concur in the opinion, with two exceptions, and in the judgment.
{¶ 57} I disagree with the majority’s decision to clarify Biddle v. Warren Gen. Hosp. (1999), 86 Ohio St.3d 395, 715 N.E.2d 518. This case is not the proper vehicle to revisit Biddle because doing so is not necessary to resolve the issue before us.
{¶ 58} I concur in the majority opinion’s conclusion that “[fjormer R.C. 2151.421 made no reference to any civil damages for a violation of the statute,” and therefore, that punitive damages are unavailable to the Roes. I disagree with the majority’s decision to discuss Kleybolte v. Buffon (1913), 89 Ohio St. 61, 105 N.E. 192. That case is not necessary to reach the holding that the majority reaches.
{¶ 59} With these exceptions, I join the majority opinion.